NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BRACCO DIAGNOSTICS INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**JUBILANT DRAXIMAGE INC., JUBILANT LIFE
SCIENCES LIMITED, JUBILANT PHARMA
LIMITED,**
*Intervenors*

---

2020-1358

---

Appeals from the United States International Trade
Commission in Investigation No. 337-TA-1110.

---

**JUDGMENT**

---

MARK G. DAVIS, Jenner & Block, Washington, DC, argued for appellant.  Also represented by JULIE PAMELA
BOOKBINDER, SCOTT JOSEPH BORNSTEIN, BRIAN JOSEPH
PREW, Greenberg Traurig, LLP, New York, NY.

HOUDA MORAD, Office of the General Counsel, United

States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

ROBERT LOUIS HAILS, JR., Baker & Hostetler LLP, Washington, DC, argued for intervenors. Also represented by JASON F. HOFFMAN, T. CY WALKER.

─────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court